# Court of Appeals, State of Michigan

## ORDER

People of MI v Jaqavice Deonnell Grace

Docket No.    322653

LC No.    14-039775-FC

Patrick M. Meter
Presiding Judge

Stephen L. Borrello

Jane M. Beckering
Judges

---

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued November 17, 2015 is hereby VACATED.  A new opinion is attached to this order.

METER, P.J., would deny the motion for reconsideration.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 14 2016
Date

Chief Clerk